UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KENNETH D. BELL, NATIONWIDE
JUDGMENT RECOVERY, INC. and
NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiffs,

v.                                        Case No: 5:21-mc-3-JSM-PRL

EMERY WOODS,

    Defendant/Judgment Debtor,

v.

BANK OF AMERICA, N.A.

    Garnishee.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 16).   The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 16) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff Nationwide Judgment Recovery, Inc.'s Motion for Final Judgment in Garnishment as to Garnishee Bank of America, N.A. (Dkt. 14) is GRANTED.

3. The Clerk is directed to enter a Final Judgment in Garnishment in favor of Plaintiff Nationwide Judgment Recovery, Inc. and against Bank of America, N.A. in the amount of $2,997.30.

4. The garnished funds in the amount of $2,997.30 shall be paid directly to Plaintiff Nationwide Judgment Recovery, Inc. by check payable to: Emery Law, PLLC Trust Account and sent within seven (7) days of this Order to: Emery Law, PLLC, 5011 Gate Parkway, Building 100, Suite 100, Jacksonville, FL 32256.

5. If Plaintiff has not yet paid Bank of America's counsel the statutory garnishment fee in the amount of $100.00, Plaintiff is directed to promptly do so.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of March, 2022.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record